JAY S. ROTHMAN (SBN 49739)
JEFF D. NEIDERMAN (SBN 203818)
**JAY S. ROTHMAN & ASSOCIATES**
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:   (818) 990-3019
jneiderman@jayrothmanlaw.com

Attorneys for Plaintiff REBECCA STRASSENBURG

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STRASSENBURG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EUREST SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:19-CV-00989-JVS-AS<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. James V. Selna<br>Magistrate Judge: Judge Alka Sagar<br><br>Trial:      9/15/2020 |

1
ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION

## ORDER

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 4/8/20

_____
Hon. James V. Selna
United States District Judge